IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| E.J.D.M., a minor, by and through his mother and next friend, Angela L. Jackson,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)      1:11cv91-MHT<br>)           (WO)<br>)<br>)<br>)<br>)<br>)<br>) |

OPINION

Plaintiff, a minor, filed this lawsuit seeking review of a decision of the Social Security Administration, denying Supplemental Security Income benefits to him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the decision be affirmed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of January, 2012.

                                /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**