IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| E.J.D.M., a minor, by and through his mother and next friend, Angela L. Jackson,    )<br>)<br>)<br>)<br>) | |
|     Plaintiff,    )<br>) | |
| v.    ) | CIVIL ACTION NO. |
|     ) | 1:11cv91-MHT |
|     ) | (WO) |
| MICHAEL J. ASTRUE, Commissioner of Social Security,    )<br>)<br>)<br>) | |
|     Defendant.    ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) The United States Magistrate Judge's recommendation (Doc. No. 16) is adopted.

    (2) The decision of the Social Security Administration is affirmed.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 10th day of January, 2012.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**